**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Jessica Bhan **V.** Bryan James Danet; William Todd Kranz

Appellate case number:   01-10-00963-CV

Trial court case number: 0760263

Trial court:             313th District Court of Harris County

Date motion filed:       January 2, 2013

Party filing motion:     Appellees

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ <u>Terry Jennings</u>
          ☐ Acting individually   ☒ Acting for the Court

Panel consists of: Justices Jennings, Brown, and Sharp.

Date: <u>January 30, 2013</u>